Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Mfl, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Joseph C. Bodiford, appointed counsel for Antoine Wilbert Jean–Louis in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jean–Louis's convictions and sentences are **AFFIRMED.**

Nevertheless, we **VACATE** the judgment and commitment order due to a clerical error and **REMAND** the case to the district court with instructions for it to correct this order to reflect the correct period of supervised release announced at sentencing—namely, eight years on Count 1 and three years on Count 2, to run concurrently.

UNITED STATES of America, Plaintiff–Appellee,

v.

Paul ESSON, a.k.a. Curtis Campbell, Defendant–Appellant.

No. 08–17060
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 13, 2009.

Paul Esson, Lovejoy, GA, pro se.

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Defendant–Appellant.

Before HULL, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Howard J. Schumacher, appointed counsel for Paul Esson, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Esson's conviction and sentence are **AFFIRMED.**